# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDWARD SETH TRZASKA,

             Petitioner,

v.

STATE OF NEVADA, et al.,

             Respondents.

Case No. 2:22-cv-00634-RFB-VCF

**ORDER**

    Petitioner Edward Seth Trzaska filed a pro se Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF No. 1-1) ("Petition") challenging his confinement pursuant to a judgment in Case No. C-13-290065-1, in the Eighth Judicial District Court in Clark County, Nevada. Trzaska also filed a Motion for Appointment of Counsel (ECF No. 3). The Court issued an Order to Show Cause why the Petition should not be dismissed as untimely (ECF No. 4) and Trzaska filed a response (ECF No. 5). The Court will grant the motion for appointment of counsel.

    There is no constitutional right to appointed counsel in a federal habeas corpus proceeding. Luna v. Kernan, 784 F.3d 640, 642 (9th Cir. 2015) (citing Lawrence v. Florida, 549 U.S. 327, 336–37 (2007)). An indigent petitioner may request appointed counsel to pursue habeas relief. 18 U.S.C. § 3006A(a)(2)(B). The decision to appoint counsel is generally discretionary. Id. § 3006A(a)(2) (authorizing appointment of counsel "when the interests of justice so require"). Counsel, however, must be appointed if the complexities of the case are such that denial of counsel would amount to a denial of due process, and where the petitioner is so uneducated that he is incapable of fairly presenting his claims. LaMere v. Risley, 827 F.2d 622, 626 (9th Cir. 1987); Brown v. United States, 623 F.2d 54, 61 (9th Cir. 1980).

    The Court will grant Trzaska's motion for appointment of counsel (ECF No. 3). The Court finds Trzaska is unable able to afford counsel and the appointment of counsel is justified based on

the filing of an amended judgment in the state district court.[1]

**IT IS THEREFORE ORDERED**:

1. The Clerk of the Court is directed to file the Petition (ECF No. 1-1).

2. Trzaska's Motion for Appointment of Counsel (ECF No. 3) is GRANTED. The Federal Public Defender is provisionally appointed to represent Trzaska in all proceedings related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw.

3. The Federal Public Defender must, within 30 days from the date this Order is entered, undertake direct representation of Trzaska or indicate to the Court the inability to represent Trzaska in these proceedings. If the Federal Public Defender is unable to represent Trzaska, then the Court will appoint alternate counsel.

4. Neither the foregoing deadline nor any extension thereof signifies or will signify any implied finding of a basis for tolling during the time period established. At all times, Trzaska remains responsible for calculating the running of the federal limitation period under 28 U.S.C. § 2254(d)(1) and timely asserting claims. That is, by setting a deadline to amend the Petition and/or by granting any extension thereof, the Court makes no finding or representation that the Petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely. See Sossa v. Diaz, 729 F.3d 1225, 1235 (9th Cir. 2013).

5. The Clerk of the Court is directed to add Aaron D. Ford, Attorney General for the State of Nevada, as counsel for Respondents, and electronically provide Respondents' counsel with a copy of this Order and copies with all items previously filed in this case by regenerating the Notices of Electronic Filing.

6. Respondents' counsel must enter a notice of appearance within 20 days of entry of this Order, but no further responses will be required from Respondents until further order

---

[1] The Court takes judicial notice of the dockets and documents filed in state district court and state appellate court proceedings, including an amended judgment filed with the state district court in Case No. C-13-290065-1 on April 24, 2022.

of the Court.

7. The Clerk of the Court is directed to send a copy of this Order to Trzaska and the CJA Coordinator for this Division and to send a copy of the Petition and this Order to the Federal Public Defender.

DATED: October 5, 2022

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**