# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

EDWARD SETH TRZASKA,

                              Petitioner,

         v.

STATE OF NEVADA, et al.,

                              Respondents.

Case No. 2:22-cv-00634-RFB-VCF

**ORDER**

This habeas matter is before the Court on Petitioner Edward Seth Trzaska's unopposed first Motion to Extend Time (ECF No. 15).  Good cause appearing, the Court grants Petitioner's motion to extend. Petitioner has until May 5, 2023, to file his amended petition.

Petitioner at all times remains responsible for calculating the running of the federal limitation period and timely presenting claims. That is, by setting a deadline to amend the petition and/or by granting any extension thereof, the Court makes no finding or representation that the petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely. See Sossa v. Diaz, 729 F.3d 1225, 1235 (9th Cir. 2013).

**IT IS THEREFORE ORDERED** that Petitioner's Motion to Extend Time (ECF No. 15) is GRANTED.

DATED this 8th  day of March 2023.


_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE