Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Alicia R. Intriago
Assistant Federal Public Defender
California Bar No. 320102
411 E. Bonneville Ave. Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
Alicia_intriago@fd.org

*Attorney for Petitioner Edward Seth Trzaska

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Edward Seth Trzaska,<br><br>    Petitioner,<br><br>    v.<br><br>State of Nevada, *et al.*,<br><br>    Respondents. | Case No. 2:22-cv-00634-RFB-VCF<br><br>**Unopposed motion for extension of time in which to file Petitioner's First Amended § 2254 Petition**<br><br>**(Second request)** |

    Petitioner Edward Seth Trzaska respectfully moves this Court for an extension of time of 19 days from May 5, 2023, up to and including May 24, 2023, to file his First Amended § 2254 Petition.

## ARGUMENT

1. Petitioner Edward Trzaska filed his pro se federal § 2254 petition on April 18, 2022. ECF No. 1-1. He moved for the appointment of counsel on May 13, 2022. ECF No. 3. This Court appointed the Federal Public Defender's Office to represent Mr. Trzaska on October 5, 2022. ECF No. 6. Initially, Assistant Federal Public Defender Rick Mula filed his notice of appearance for Mr. Trzaska on November 3, 2022. ECF No. 10. After Mr. Mula transferred to the trial unit of the FPD, Mr. Trzaska's case was re-assigned to the undersigned attorney, who filed her notice of representation for Mr. Trzaska on January 19, 2023. ECF No. 14. The deadline to file a first amended § 2254 petition is May 5, 2023. ECF No. 16.

2. Counsel now seeks a 19-day extension of time to file the first amended § 2254 petition. This is Mr. Trzaska's second request for an extension of time.

3. Counsel for Mr. Trzaska emailed counsel for Respondents on May 4, 2023, who did not object to this extension. His lack of objection should not be considered a waiver of any procedural defenses or challenges to the statute of limitations or construed as agreeing with the accuracy of the representations in this motion.

4. Counsel met with Mr. Trzaska in person on April 19 and has been diligently reviewing the materials in this case and working on the petition. Based on her calculation, the AEDPA deadline in this case is May 24, 2023, which is one-year from the date of finality of the amended judgment of conviction in Mr. Trzaska's underlying criminal case.

5. Moreover, since counsel's last request for an extension of time on March 6, in addition to her typical case management duties counsel: visited a client at High Desert State Prison on March 10; travelled to Northern Nevada to meet with a new client at NNCC on March 14; was on annual leave March 17 through 23; visited an existing client at FMWCC on March 24; travelled to Northern Nevada on March 28 and visited an existing client at Lovelock Correctional Center on March 29; visited a

witness who is incarcerated at HDSP on April 5; appeared for oral argument at the Ninth Circuit Court of Appeals in San Francisco in *Leeds v. Russell*, appeal no. 21-16813 (9th Cir.), on April 10; travelled to Ely to visit clients on April 12 and 13; met with Mr. Trzaska who resides in Bunkerville on April 19; was on leave April 21; filed an application for a certificate of appealability in *Kinford v. Wickham*, appeal no. 22-16323 (9th Cir.), on April 26; met a new client at SDCC on April 27; and was on leave April 28 through May 2.

6. Before May 24, counsel will: attend Ninth Circuit oral arguments with a colleague on May 11 and 12; represent individuals at initial appearances in federal court on May 15; and travel to Northern Nevada to visit a client at Lovelock Correctional Center on May 19. Counsel also has the following filing deadlines before May 24: an opposition to a motion to dismiss in *Morrissette v. Russell*, case no. 3:21-cv-00189-ART-CLB (D. Nev.), due May 12; an amended petition in *Briones v. Reubart*, case no. 3:22-cv-00087-MMD-CSD (D. Nev.), due May 15; and a response in support of a state petition in *Washington v. Warden of Ely State Prison*, case no. A-22-859189-W (8th Jud. Dist. Ct), on May 17.

7. This motion isn't filed for the purposes of delay but in the interests of justice, as well as in Mr. Trzaska's interest. Counsel for Mr. Trzaska respectfully requests this Court grant the motion and order the first amended petition be filed up to and including May 24, 2023.

/ / /

/ / /

/ / /

Dated May 5, 2023.

          Respectfully submitted,

          Rene L. Valladares
          Federal Public Defender

          */s/ Alicia R. Intriago*
          Alicia R. Intriago
          Assistant Federal Public Defender

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 5th day of May, 2023.

4