# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD SETH TRZASKA,<br><br>　　　　　　Petitioner,<br>v.<br>STATE OF NEVADA, et al.,<br><br>　　　　　　Respondents. | Case No. 2:22-cv-00634-RFB-VCF<br><br>**ORDER** |

　　　This habeas matter is before the Court on Respondents' unopposed first Motion to Extend Time (ECF No. 23). Good cause appearing, the Court grants Respondents' motion to extend. Respondents have until September 22, 2023, to file their answer.

　　　**IT IS THEREFORE ORDERED** that Respondents' Motion to Extend Time (ECF No. 23) is **GRANTED**.

　　　DATED this 31 day of July 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE