# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD SETH TRZASKA, | Case No. 2:22-cv-00634-RFB-VCF |
| Petitioner, | |
| v. | **ORDER** |
| STATE OF NEVADA, et al., | |
| Respondents. | |

Petitioner seeks an extension of time to file his opposition to Respondents' motion to dismiss. ECF No. 34.  The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's motion.

**IT IS THEREFORE ORDERED** that Petitioner's first unopposed Motion to Extend Time (ECF No. 34) is GRANTED.  Petitioner has until February 20, 2024, to file his opposition to Respondents' motion to dismiss.

DATED this 20th day of December 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE