# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD SETH TRZASKA,<br><br>Petitioner,<br>v.<br><br>STATE OF NEVADA, et al.,<br><br>Respondents. | Case No. 2:22-cv-00634-RFB-VCF<br><br>**ORDER** |

Petitioner seeks an extension of time to file his opposition to Respondents' motion to dismiss. ECF No. 37.  The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's motion.

**IT IS THEREFORE ORDERED** that Petitioner's second unopposed Motion to Extend Time (ECF No. 37) is GRANTED.  Petitioner has until March 21, 2024, to file his opposition to Respondents' motion to dismiss.

DATED this 27th day of February 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

1