UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWARD SETH TRZASKA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-00634-RFB-MDC<br><br>**ORDER** |

In this habeas corpus action, Respondents seek a 90-day extension of time to file an answer to the first-amended petition (ECF No. 46). The Court finds the request is made in good faith and not solely for the purpose of delay; therefore, good cause exists to grant the motion.

Therefore, **IT IS ORDERED** that Respondents' Unopposed Motion for Enlargement of Time (ECF No. 46) is GRANTED *nunc pro tunc*. Respondents' Answer, filed on February 25, 2025, is timely.

**DATED:** This 11th day of March, 2025

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**