UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWARD SETH TRZASKA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-00634-RFB-MDC<br><br>**ORDER** |

In this habeas corpus action, Petitioner seeks a 90-day extension of time to file a reply in support of the First Amended Petition. (ECF No. 51). The Court finds the request is made in good faith and not solely for the purpose of delay; therefore, good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that Petitioner's Unopposed Motion for Extension of Time to File Reply in Support of First Amended § 2254 Petition (First Request) (ECF No. 51) is **GRANTED**. Petitioner has until June 25, 2025, to file a reply.

**DATED:** March 26, 2025

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**