# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWARD SETH TRZASKA,<br><br>Petitioner,<br><br>v.<br><br>STATE OF NEVADA., *et al*.,<br><br>Respondents. | Case No. 2:22-cv-00634-RFB-MDC<br><br>**ORDER** |

Petitioner Edward Seth Trzaska seeks an extension of time to file his reply in support of his petition for writ of habeas corpus. ECF No. 53. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's unopposed motion to extend time.

Therefore, **IT IS HEREBY ORDERED** that Petitioner's (ECF No. 43) unopposed motion to extend time (second request) to file a reply in support of his first amended § 2254 petition is **GRANTED**. Petitioner shall file his reply on or before September 23, 2025.

**DATED:** July 25, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**